THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ
Assistant United States Attorney
SBN 229637
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, California  90012
  Telephone:  (213) 894-2729
  Facsimile:  (213) 894-0115
  Email: valerie.makarewicz@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. SA CV 09-408 DOC(ANx) |
| Petitioner, | ) ORDER TO SHOW CAUSE |
| vs. | ) |
| JAMES M. MOORE, | ) |
| Respondent. | ) |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons. *See* United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also* Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.

1 1995) (the Government's *prima facie* case is typically made
2 through the sworn declaration of the IRS agent who issued the
3 summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233
4 (9th cir. 1993).

5     **THEREFORE**, **IT IS ORDERED** that Respondent appear before this
6 District Court of the United States for the Central District of
7 California in **Courtroom No. __9D____**,

8 ____   United States Courthouse
        312 North Spring Street,
9         Los Angeles, California 90012

10

11 ____   Roybal Federal Building and United States Courthouse
        255 E. Temple Street,
12         Los Angeles, California 90012

13

14 _X__   **Ronald Reagan Federal Building and United States Courthouse**
        **411 West Fourth Street,**
15         **Santa Ana, California 92701**

16

17 ____   Brown Federal Building and United States Courthouse
        3470 Twelfth Street, Riverside, California 92501
18

19 **on May 11, 2009, at 8:30 a.m.**
20 and show cause why the testimony and production of books, papers,
21 records and other data demanded in the subject Internal Revenue
22 Service summons should not be compelled.

23     **IT IS FURTHER ORDERED** that copies of this Order, the
24 Petition, Memorandum of Points and Authorities, and accompanying
25 Declaration be served promptly upon Respondent by any employee of
26 the Internal Revenue Service or by the United States Attorney's
27 Office, by personal delivery or by certified mail.

28

**IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    **IT IS FURTHER ORDERED** that all motions and issues raised by

2    the pleadings will be considered on the return date of this

3    Order.   Only those issues raised by motion or brought into

4    controversy by the responsive pleadings and supported by sworn

5    statements filed within ten (10) days after service of the herein

6    described documents will be considered by the Court.   All

7    allegations in the Petition not contested by such responsive

8    pleadings or by sworn statements will be deemed admitted.

9

10   DATED: This 15 day of  April, 2009

11                                    _David O. Carter_

12                                    _____
                                      David O. Carter
                                      United States District Judge

13

     Presented By:

14
     THOMAS P. O'BRIEN
15   United States Attorney
     SANDRA R. BROWN
16   Assistant United States Attorney
     Chief, Tax Division

17

18   _____

19   VALERIE L. MAKAREWICZ
     Assistant United States Attorney
20   Attorneys for United States of America
     Petitioner

21

22

23

24

25

26

27

28

                                    4